IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

        Plaintiff,                    No. CIV S-11-0782 CKD P

    vs.

TIM VIRGA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On March 31, 2011, plaintiff consented to the jurisdiction of the undersigned (docket #5). By an order filed November 14, 2011 plaintiff was ordered to submit full payment of the $350.00 filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: December 28, 2011

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

de
adam0782.fff

1